# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEG VARLITSKIY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF RIVERSIDE, CALIFORNIA, et al.<br><br>　　　　　Defendants. | Case No. 5:19-cv-2099-JGB (SPx)<br><br>*Honorable Jesus G. Bernal*<br><br>**JUDGMENT** |

## JUDGMENT

Pursuant to the Court's "Order Granting Deputy Defendants' Motion for Summary Judgment" entered substantially contemporaneously, and after considering the papers filed in support of and in opposition to the motion for summary judgment ("Deputy MSJ," Dkt. No. 172) filed by Defendants Manuel Campos, Daniel Brown, and Thomas Salisbury ("Deputy Defendants"), and good cause appearing, **IT IS HEREBY ORDERED THAT**:

1. The Deputy MSJ is **GRANTED**; and
2. Final judgment be **ENTERED** in favor of Defendants Manuel Campos, Daniel Brown, and Thomas Salisbury on all causes of action asserted against them in Plaintiff's fifth amended complaint. Plaintiff shall take nothing by way of his fifth amended complaint.

**IT IS SO ORDERED.**

Dated: September 22, 2022

　　　　　　　　　　　　　　　　　　　　　　Honorable Jesus G. Bernal
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1
JUDGMENT