JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEG VARLITSKIY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF RIVERSIDE, CALIFORNIA, et al.<br><br>　　　　　Defendants. | Case No. 5:19-cv-2099-JGB (SPx)<br><br>*Honorable Jesus G. Bernal*<br><br>**JUDGMENT** |

## **JUDGMENT**

Pursuant to the Court's "Order Granting Defendants' Motion for Summary Judgment" entered substantially contemporaneously, and after considering the papers filed in support of and in opposition to the motion for summary judgment ("SWAT MSJ," Dkt. No. 260) filed by Defendants Danny Feltenberger, Daniel Winder, Mark Krikava, Michael Walsh, and Robert Epps ("SWAT Defendants"), and good cause appearing, **IT IS HEREBY ORDERED THAT**:

1. The SWAT MSJ is **GRANTED**; and
2. Final judgment be **ENTERED** in favor of SWAT Defendants on all causes of action asserted against them in Plaintiff's fifth amended complaint. Plaintiff shall take nothing by way of his fifth amended complaint.

**IT IS SO ORDERED.**

Dated: April 7, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable Jesus G. Bernal
　　　　　　　　　　　　　　　　　　United States District Judge